Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Ave., Suite 100
(806) 748-1980  Phone
(806) 748-1956  Fax

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## WICHITA FALLS DIVISION

IN RE:

DELIA GOMEZ SPARKMAN

CASE NO: 13-10236-RLJ-13

HEARING DATE:  12/4/2013

HEARING TIME:   11:00 AM

## NOTICE OF  HEARING AND THE RIGHT TO OBJECT

PLEASE TAKE NOTICE that on 12/4/2013 at 11:00 AM at the following location

VIDEO HEARING:  US COURTHOUSE ROOM 208, 10TH & LAMAR STREETS, WICHITA FALLS, TEXAS 76301

The above captioned Debtor(s) will seek an Order of the Bankruptcy Court granting the relief requested in the

### Debtor's(s')  Chapter 13 Plan and Motion for Valuation

PLEASE TAKE FURTHER NOTICE that any party objecting or responding to any relief sought in the above pleading must do so in writing.  The objection or response must be served upon the Debtor's(s') counsel (or the Debtor(s) if not represented by counsel), and upon the Chapter 13 Trustee NOT LESS THAN SEVEN (7) DAYS PRIOR TO THE ABOVE HEARING DATE.

**FAILURE TO FILE AND SERVE A WRITTEN OBJECTION OR RESPONSE AS STATED, AND FAILURE TO ATTEND BOTH THE PRE-HEARING CONFERENCE AND THE COURT'S HEARING SHALL CONSTITUTE A WAIVER OF ANY OBJECTION OR RESPONSE, AND JUDGMENT SHALL BE ENTERED BY DEFAULT, UNLESS OTHERWISE ORDERED BY THE COURT.**

SETTLEMENTS OR AGREEMENTS, SIGNED OR ACKNOWLEDGED BY BOTH PARTIES, MUST BE FAXED OR EMAILED TO THE TRUSTEE'S OFFICE 48 HOURS PRIOR TO THE HEARING DATE.

A PRE-HEARING CONFERENCE WILL BE HELD BY THE TRUSTEE ON 12/4/2013 AT 08:30 AM AT THE FOLLOWING ADDRESS:

US COURTHOUSE ROOM 208, 10TH & LAMAR STREETS, WICHITA FALLS, TEXAS 76301

HEARINGS ON OBJECTIONS OR RESPONSES NOT RESOLVED AT THE PRE-HEARING CONFERENCE WILL BE HEARD BY THE COURT IMMEDIATELY FOLLOWING THE PRE-HEARING CONFERENCE.

Dated:    9/25/2013

Respectfully submitted,

/s/ Walter O'Cheskey

_____

Walter O'Cheskey
Chapter 13 Trustee

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing  NOTICE OF  HEARING AND THE RIGHT TO OBJECT for the Debtor's(s')  Chapter 13 Plan and Motion for Valuation was this date served on the following parties electronically or at the addresses listed below by U.S. First Class mail:

Date:    9/25/2013                                                          /s/ Walter O'Cheskey

                                                                          _____
                                                                          Walter O'Cheskey
                                                                          Chapter 13 Trustee

ARIZONA AVE EMERGENCY PHYSICIANS PO BOX 98625  LAS VEGAS NV 89193
BANK OF AMERICA ATTN: CORRESPONDENCE UNIT/CA6-919-02-41 PO BOX 5170 SIMI VALLEY CA 93062
CHASE PO BOX 15298  WILMINGTON DE 19850
CREDIT MANAGEMENT CONT PO BOX 1654  GREEN BAY WI 54305
DECA FINANCIAL SERVICE 10500 KINCAID DR  FISHERS IN 46037
DELIA GOMEZ SPARKMAN 1416 CAMPBELL ST  SWEETWATER TX 79556
DISCOVER FIN SVCS LLC PO BOX 15316  WILMINGTON DE 19850
DISCOVER FINANCIAL SERVICES PO BOX 3025  NEW ALBANY OH 43054
EDWARD R GOMEZ II 116 GULFTON RD  SWEETWATER TX 76556
GECRB/LOWES ATTENTION: BANKRUPTCY DEPARTMENT PO BOX 103104 ROSWELL GA 30076
GEMB/WALMART ATTN: BANKRUPTCY PO BOX 103104 ROSWELL GA 30076
HENDRICK MEDICAL CENTER 1242 NORTH 19TH STREET  ABILENE TX 79601
HENDRICK MEDICAL CENTER 1900 PINE ST  ABILENE TX 79601
INTERNAL REVENUE SERVICE PO BOX 7317  PHILADELPHIA PA 19101
INTERNAL REVENUE SERVICE PO BOX 7346  PHILADELPHIA PA 19101
JUST ENERGY TEXAS 5251 WESTHEIMER RD SUITE 1000  HOUSTON TX 77056
NOLAN COUNTY CENTRAL APPRAISAL DISTRICT PO BOX 1256  SWEETWATER TX 79556
PERDUE BRANDON FIELDER COLLINS & MOTT ATTORNEYS AT LAW PO BOX 13430 ARLINGTON TX 76094
ROLLING PLAINS MEMORIAL HOSPITAL PO BOX 690  SWEETWATER TX 79556
SANTANDER CONSUMER USA PO BOX 560284  DALLAS TX 75356
SANTANDER CONSUMER USA PO BOX 961245  FORT WORTH TX 76161
SANTANDER CONSUMER USA PO BOX 961245  FT WORTH TX 76161
SCB MONITORING DEPARTMENT PO BOX 217  SWEETWATER TX 79556
SCENIC MOUNTAIN MEDICAL CENTER PO BOX 844854  DALLAS TX 75284
SERVICE BUREAU INC 2705 81ST ST  LUBBOCK TX 79423
SOUTHERN CASCADES 150 N BARTLETT ST  MEDFORD OR 97501
TXU ELECTRIC/TXU ENERGY ATTENTION BANKRUPTCY PO BOX 650393 DALLAS TX 75265
UNITED STATES ATTORNEY 801 CHERRY STREET UNIT 4  FT WORTH TX 76102
US ATTORNEY ATTORNEY IN CHARGE 1100 COMMERCE STREET SUITE 300 DALLAS TX 75242
US ATTORNEY GENERAL 10TH ST & CONSTITUTION AVE  WASHINGTON DC 20530
WORLD FINANCE CORP WORLD ACCEPTANCE CORP/ATTN BANKRUPTCY PO BOX 6429 GREENVILLE SC 29606