

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed December 10, 2013

United States Bankruptcy Judge

___

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

IN RE: §
Delia Gomez Sparkman § CASE NO. 13-10236-RLJ-13
§
DEBTOR §

ORDER ALLOWING SALE
OF SECURED PROPERTY FREE AND CLEAR OF LIENS

CAME ON TO BE HEARD/CONSIDERED the Motion of the above-named Debtors to sell Secured Property Free and Clear of Liens. Having reviewed the pleadings and/or heard arguments of Counsel, if any, the Court finds the following:

1. The above-described Motion was served on all parties-in-interest by first-class mail on October 14, 2013.
2. The property to be sold is a house located at 1416 Campbell Street, Sweetwater, Nolan County, Texas and is security for a debt to Bank of America;
3. The terms of sale are acceptable to the Court;
4. Proceeds of sale are required to satisfy the properly perfected lien of Bank of America.
5. Bank of America's lien shall attach to the proceeds of sale, pending payment by the closing agent.
6. Bank of America will be paid in full or sale is contingent upon Bank of America approval.

7. All costs of sale scheduled to be paid by seller, as well as any prorated taxes due and owing at the time of sale, shall be satisfied from the proceeds of sale. Therefore, Debtor(s) is hereby authorized to pay expenses of sale as required in the parties' agreement and/or Contract for Sale.
8. The closing agent shall provide the Trustee herein, Mr. Walter O'Cheskey, with a copy of the closing statement.
9. Any surplus proceeds of sale are exempt property pursuant to Texas Property Code Sec. 41.001(c). As such, Debtor may re-invest the exempt proceeds in another homestead within six-months of sale.
10. The Debtor is authorized to pay attorney fees of $400.00 to Monte J. White & Associates, P.C. for the preparation and filing of the Motion to Sell Property.

**IT IS SO ORDERED, ADJUDGED AND DECREED.**

# # # END OF ORDER # # #

AGREED :

/s/Stephen Wu, Attorney for Bank of America

/s/Monte White, Attorney for Debtor

PREPARED BY:
Monte J. White, Attorney for Debtor(s)
Monte J. White and Associates, P.C.
402 Cypress, Suite 310
Abilene, TX 79601
(325)673-6699
(325)672-9227 fax
legal@montejwhite.com